Sally A Williams, SB No. 129181
555 Soquel Avenue, Suite 380
Telephone: (831) 459-6096
Facsimile: (831) 426-7068
Email: sallywilliamslaw@gmail.com

Attorney for Jang W. Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE BRANCH

| | |
|---|---|
| **Orlando Garcia,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Jang W. Lee, Andrew Vuong,**<br><br>    Defendants. | **CASE NO.** 5:21-cv-09116-JST<br><br>[proposed] **ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Trial Date: Not set<br>Judge: Hon. Jon S. Tigar |

ORDER

Good Cause Appearing from the Joint Stipulation, to Extend Time to Respond to Complaint submitted by the Parties, it is hereby Ordered that the time for Defendant Jang W. Lee to respond to Plaintiff's Complaint in this matter is hereby extended until January 18, 2022.

Dated: January 3, 2022      _____
                                                    HON. JON S. TIGAR

Case No. 5:21-cv-09116-JST      1      proposed ORDER ON  JOINT STIPULATION